# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MT WATERWORKS, LLC,<br><br>Defendant. | CR 16-22-GF-BMM<br><br>**ORDER** |

The Court conducted a sentencing hearing on September 15, 2016 for Defendant MT Waterworks, LLC, case number CR-16-37-GF-BMM. During this sentencing hearing, the Government asked the Court to dismiss Counts 1,3 and 5 in case number CR-16-22-GF-BMM, for Defendant MT Waterworks, LLC. Accordingly, **IT IS HEREBY ORDERED** that, Counts 1,3 and 5 in case number CR-16-22-GF-BMM, for Defendant MT Waterworks, LLC are hereby **DISMISSED**.

DATED this 19th day of September, 2016.

Brian Morris
United States District Court Judge